# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>    v.<br><br>K.M., et al.,<br><br>        Defendants. | 1: 16-CV-01942 - DAD - JLT<br><br>SCHEDULING ORDER (Fed. R. Civ. P. 16)<br><br>Pleading Amendment Deadline: 6/30/2017<br><br>Administrative Record Deadline<br>    Filing: 6/9/2017<br>    Objections to the record: 6/23/2017<br><br>Merits Briefing:<br>    Opening Brief: 7/21/20174<br>    Defendant's response: 8/18/2017<br>    Reply brief: 9/8/2017<br>    Hearing deadline: 10/17/2017<br><br>Further Scheduling Conference:<br>    12/4/2017 at 9:15 a.m. |

**I.**     <u>**Date of Scheduling Conference**</u>

May 10, 2017.

**II.**     <u>**Appearances of Counsel**</u>

Darren Bogie appeared on behalf of Plaintiff.

Lyndsey Gallagher appeared on behalf of Defendants.

**III.**     <u>**Magistrate Judge Consent:**</u>

<u>**Notice of Congested Docket and Court Policy of Trailing**</u>

Due to the District Judges' heavy caseload, the newly adopted policy of the Fresno Division of the Eastern District is to trail all civil cases. The parties are hereby notified that for a trial date set

1

before a District Judge, the parties will trail indefinitely behind any higher priority criminal or older civil case set on the same date until a courtroom becomes available. A trial date will not be reset to a continued date.

The Magistrate Judges' availability is far more realistic and accommodating to parties than that of the U.S. District Judges who carry the heaviest caseloads in the nation and who must prioritize criminal and older civil cases over more recently filed civil cases. A United States Magistrate Judge may conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

The Fresno Division of the Eastern District of California, whenever possible, is utilizing United States Article III District Court Judges from throughout the nation as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

Therefore, the parties are directed to consider consenting to Magistrate Judge jurisdiction to conduct all further proceedings, including trial. **Within 10 days** of the date of this order, counsel **SHALL** file a consent/decline form (provided by the Court at the inception of this case) indicating whether they will consent to the jurisdiction of the Magistrate Judge.

### IV. Pleading Amendment Deadline

Any requested pleading amendments are ordered to be filed, either through a stipulation or motion to amend, no later than **June 30, 2017**. Any motion to amend the pleadings shall be heard by the Honorable Dale A. Drozd, United States District Court Judge.

### V. Administrative Record

Plaintiff **SHALL** lodge a searchable electronic copy of the administrative record no later than **June 9, 2017**. Plaintiff **SHALL** also provide a courtesy paper copy to Judge Drozd's chambers at the time of the filing of the opening brief. Any objections to the record **SHALL** be filed no later than **June 23, 2017**.

If there is a dispute over the contents of the administrative record, the objecting party **SHALL**

confer with the opposing party in a good faith effort to resolve the issues in dispute. If that good faith effort is unsuccessful, the objecting party **SHALL** promptly seek a telephonic hearing with all involved parties and the Magistrate Judge. It is the obligation of the objecting party to arrange and originate the conference call to the Court. To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov.

## VI. Merits Briefing and Hearing

Plaintiff's opening brief **SHALL** be filed no later than **July 21, 2017,** and Defendant's opposition brief **SHALL** be filed no later than **August 18, 2017**. Plaintiff's reply, if any, **SHALL** be filed no later than **September 8, 2017.**

The hearing **SHALL** be set before the Honorable Dale A. Drozd, United States District Court Judge, in Courtroom 5, no later than **October 17, 2017**.

## VII. Further Scheduling Conference

A further scheduling conference is set on **December 4, 2017** at 9:15 a.m. The parties SHALL file a joint status report seven days prior to the hearing.

## VIII. Compliance with Federal Procedure

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

## IX. Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations**

**extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **May 10, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE