# DECLARATION OF LYNDSEY A. GALLAGHER

I, Lyndsey A. Gallagher, declare:

1. I am an attorney duly licensed to practice in the state of California. I have personal knowledge of the matters declared herein and could testify truthfully to them if called as a witness.

## Professional Background and Experience

2. I graduated from Santa Barbara College of Law in 2011 where was awarded the Santa Barbara Inns of Court Membership as one of the top five students in my class.

3. I served as law clerk for Senior Deputy District Attorney, Ron Zonen at the Santa Barbara District Attorneys Office Special Victims Unit as well as for partner Michael D. Schley at the private law office of Schley, Look & Guthrie LLP in Santa Barbara specializing in business law and estate planning.

4. I was admitted to the California bar in May of 2011.

5. I practiced law at the Santa Barbara District Attorneys office as in Independent Contractor from December 2011 to November 2012 reporting to Ron Zonen.

6. In September 2015 I began practicing in the area of special education law. I began with my own solo practice representing parents and children in special education cases.

7. In May 2016, I became a junior associate at the Law Office of Andréa Marcus, which was a well-established solo practice that had expanded into a small firm.

8. In July of 2017, I left the Law Office of Andréa Marcus after which I formed my current law firm, The Law Office of Lyndsey A. Gallagher, where I am a solo practitioner. I consult with paralegals and other attorneys on a case-by-case

-1-

basis as needed. To date, I have successfully represented children with educational disabilities in over 35 special education cases.

### Billing Rate and Practices

9. I am informed and believe that the prevailing hourly rate of other attorneys representing parents and students in special education matters is between $250.00 for attorneys with fewer than 3-years practice and a high of over $575.00 for Due Process hearings, and $650.00 for Federal and State court civil litigation for attorneys with more than ten-years practice in this area of law.

10. In every matter I have handled since 2015, my fees were paid at my hourly rate of $250.00 to $275.00 per hour. I have charged $250.00 per hour since 2015 in the majority of my cases.

11. I have had my fees awarded in settlement from 2015 to 2018 at the rate of $250.00 per hour.

12. I represent children on contingency in cases where the families cannot afford a minimal retainer. In other cases, I work on an hourly basis at the rate of $250 per hour.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 15th of March at Thousand Oaks, California.

_____
Lyndsey A. Gallagher