1  Law Offices of Andréa Marcus
   Andréa Marcus (SBN 188098)
2  Email: andrea@andreamarcuslaw.com
   Kelly D. Kaeser (SBN 225918)
3  Email: kelly@andreamarcuslaw.com
   133 East De La Guerra Street, #143
4  Santa Barbara, CA 93101-2247
   Telephone: (888) 215.9021
5  Fax: (888) 215-9021

6  Attorneys for Plaintiff

7  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

8  
9  ▮▮▮▮▮▮▮▮▮▮                          )   ▮▮▮▮▮▮▮▮▮▮
                                         )
10                        Plaintiff,    )
                                         )   DECLARATION OF KELLY D
11     vs.                               )   KAESER  SUPPORTING THE
                                         )   AWARD OF FEES and COSTS
12  TEHACHAPI UNIFIED SCHOOL             )   REQUESTED
    DISTRICT.                            )
13                                       )
                         Defendants.    )
14                                       )

15  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND THE**

16  **HONORABLE COURT:**

17      In support of the recovery of ▮▮▮▮▮▮▮ reasonable attorneys' fees as

18  part of the costs in an action or proceeding brought under IDEA to a prevailing

19  party who is the parent of a child with a disability, Kelly D. Kaeser submits the

20  following Declaration to the Court:

21

---

DECLARATION OF KELLY D KAESER        ▮▮▮▮▮▮▮▮▮▮        Page **1**

## DECLARATION OF KELLY D. KAESER

1. I am an attorney of record duly sworn and admitted to practice in the United States Eastern District Court of California.

2. The facts within this declaration are within my personal knowledge, and if called as a witness, I would competently testify thereto.

3. I have represented student's educational rights in each of the following cases in IDEA due process hearings where Student prevailed partially, if not fully:

   A.   KM v. TUSD, OAH Case No. 2015030954 & OAH Case No. 2015050934:  Administrative Law Judge Elsa H. Jones heard this matter on July 30, 2015, and August 4, 5, 6, 11, 12, 13, 18, 19, and 27, 2015.

   B.   AW v. TUSD, OAH Case No. 2015050839:  Administrative Law Judge Robert Helfand heard this matter on October 28 and 29, 2015 and November 3, 4, and 10, 2015.

   C.   RQ v. TUSD, OAH Case No. 2015060035:  Administrative Law Judge Chris Butchko heard this matter on November 17 through 19 and December 1 and 2, 2015.

   D.   JT v. TUSD, OAH Case No. 2015120889: Administrative Law Judge Ted Mann heard this matter on May 16, 18, 19, 23, 24, and 25, 2016.

   E.   AC v. KCSOS, OAH Case No. 2016040211:  Administrative Law Judge Caroline A Zuk heard this matter on June 9, 10, 13 and 14, 2016.

   F.   RQ v. TUSD, OAH Case No. 2015120968: Administrative Law

1  Judge Sabrina Kong heard this matter on May 31, June 1, 2, and 7, 2016.

2     G.   KM v. TUSD, OAH Case No. 2016080786: Administrative Law
3  Judge Theresa Ravandi heard this matter on October 11, and 12, 2016.

4  4. I have represented student's educational rights in each of the following
5  cases in IDEA due process matters that are pending or have settled:

6     A.   AW v. TUSD, OAH Case No. 2016110657; Administrative Law
7          Judge Theresa Hatfield is scheduled to hear this case February 14, 15, 16
8          2017.
9     B.   LN v OUHSD, OAH Case No. Unassigned: Pending.
10    C.   AC v. VUSD, OAH Case No. 2016110486: Settled.
11    D.   IM v MUSD, OAH Case No. 2016031239: Settled.
12    E.   OC v. OHSD, OAH Case No. 2015050842: Settled.
13    F.   JC v. PVSD, OAH Case No. 2016080021: Settled.
14    G.   AM v CVUSD, OAH Case No. 2016100086: Settled.
15    H.   BC v. KCSOS, OAH Case No. 2016020341: Settled.
16    I.   AC v. SPUSD, OAH Case No. 2016120854: Settled.
17    J.   RD v. HESD, OAH Case No. 2016090207: Settled.
18    K.   AF v. OUHSD, OAH Case No. 2016010416: Settled.
19    L.   IG v. SBUHSD, OAH Case No. 2016110388: Settled.
20    M.   DG v. CVUSD: Settled prior to litigation.
21    N.   CVUSD v. AM, OAH Case No. 2016090298: Settled.

      O.    GVCS v IM, OAH Case No. 2016030933: Settled.

5. In addition to the matter at issue, I represent Students' interests in the Eastern District of California based on violations of IDEA, ADA, 1983, 504 and State Unruh rights in each of the following cases:

      A.    1:16-CV-01214-LJO-JLT

      B.    1:15-CV-01740-LJO-JLT

      C.    1:16-CV-01492-DAD-JLT

      D.    1:16-CV-01942-DAD-JLT

      E.    1:16-CV-01485-LJO-JLT

      F.    1:15-CV-01835-LJO-JLT

6. Since I have been litigating special education matters exclusively, I have reached successful settlement agreements in over 10 different school districts in California.

7. Since I have been litigating special education matters exclusively, my student clients attending TUSD or KCSOS (refer to ¶3 above), represented by Schools Legal Service, are the only clients that have been forced into the costly litigation of IDEA administrative hearings and the subsequent federal lawsuits required to lawfully seek reimbursement of legal fees and costs based on the prevailing party status awarded at hearing.

Law Offices of Andréa Marcus
133 East De La Guerra, #143 Santa Barbara, CA 93101-2247
(888) 215-9021 phone | (888) 215-9021 fax

1. I declare under penalty of perjury under the laws of the State of California that the
2. foregoing is true and correct.
3.
4. Respectfully submitted,                              Dated: February 9, 2017
5.
6. *[signature]*
7. Law Offices of Andréa Marcus
   By: Kelly D. Kaeser