# DECLARATION OF DANIEL R. SHAW

I, DANIEL R. SHAW, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and if called upon, I could and would testify competently thereto.

2. I am licensed to practice law in the State of California and am admitted in the Central District, Northern District, Eastern District, and the Ninth Circuit Court of Appeals.

3. I have been working with children and adults with disabilities for approximately ten years.  While attending law school I worked as a Service Coordinator for Tri-Counties Regional Center.  Part of my duties included coordinating and developing early intervention services for young children eligible under the Individuals with Disabilities Education Part C and the California Early Intervention Services Act.

4. I have been practicing law in the State of California since 2011.  I have been practicing special education law throughout that time.  Currently, 70% of my cases involve special education and 30% of my cases involve other civil rights issues.  All of my cases involve issues affecting children with disabilities and their families.

5. My regular hourly rate for special education cases is $375 per hour.  I charge $375 per hour for federal appeals (including all federal civil rights work including civil rights work done in State Superior Court) and $400 per hour for Ninth Circuit

appeals.  As an associate at Ruderman & Knox, I am aware of the rate charged by other attorneys in the community of similar reputation, skill, and experience and I believe my regular hourly rate is consistent with other attorneys.

6. As an attorney, I have represented approximately 150 special education students over the past five and a half years.  I have been lead attorney on approximately seven special education due process hearings which have gone to trial.  My clients have prevailed in each and every hearing resulting in substantial remedies.  I have also been lead counsel on two successful pro-bono trials with the Department of Developmental Services.

7. In addition to my administrative work I have been lead counsel and co-counsel in a number of federal and state civil right cases.  Of note, I co-counseled *T.T. v. Cnty. of Marin*, No. C 12-02349 WHA, 2013 U.S. Dist. LEXIS 10512, at 2 (N.D. Cal. Jan. 25, 2013) and *Sacramento City Unified Sch. Dist. v. R.H.* (E.D.Cal. Oct. 6, 2016, No. 2:14-cv-01549-TLN-DB) 2016 U.S.Dist.LEXIS 140065, at *5.).  Both cases were decided in the student's favor.  Additionally, I was lead counsel in the Northern District case *T.R. v. Humboldt County Office of Educ.*, et al., which resulted in a significant settlement on behalf of a deaf mentally ill student who was detained in a juvenile hall for nine months without any mental health services.  I was co-counsel on *Department of Health Care Services v. Office of Administrative Hearings* (2016) 6 Cal.App 5th 120, 128 [210 Cal.Rptr.3d 790].  This published appellate decision set precedent throughout the entire State of California regarding the rights of students served by the California Children's Services program.

8. I have also successfully litigated at the Ninth Circuit.  I was lead counsel on *Douglas v. Cal. Office of Admin. Hearings*, No. 15-15261, 2016 U.S. App. LEXIS

DECLARATION OF DANIEL R. SHAW

8844, at 1 (9th Cir. May 13, 2016) and I was Amicus Curiae for *T.B. v. San Diego Unified Sch. Dist*., 806 F.3d 451, 458 (9th Cir. 2015).

9. Regarding special education due process hearings, my time on each case has ranged from approximately 200 hours to 600 hours depending on the complexity of the case, the amount of witnesses, and the number of legal issues involved.

10. Special education law is a niche area of law which requires a wide range of legal ability and specialized knowledge. A special education case which generally begins at administrative level can go all the way the United States Supreme Court. Thus, special education practitioners practice law in a variety of different setting each with different procedures and rules. There is a very small number of attorneys throughout the State of California that practice in this unique area of law. Special education law requires not just extensive knowledge of complicated state and federal laws, but also knowledge and training in various developmental disabilities, mental health conditions, psychological testing, forensic analysis of evaluations, speech and language, behavior analysis, occupational therapy, physical therapy, cognitive behavioral therapy, and many other areas.

11. My special education practice is extremely impacted by demand. We often have a long waitlist of clients seeking our services throughout the entire state of California. The vast majority of my clients cannot afford to pay our attorneys' fees or hire experts to evaluate their children. Special education cases can be extremely risky when representing low income parents because if a case does not settle and the parent does not prevail at hearing, the attorney will likely never get paid for the work completed.

DECLARATION OF DANIEL R. SHAW

12. School districts throughout California have paid my fees and costs pertaining to special education cases on over ninety-five percent (95%) of the cases for which I have filed due process. For example, my hourly rate has been recognized and acknowledged as appropriate for an attorney of my reputation, skill, and experience through payment of my hourly rate by the following school districts, including but not limited to: Amador County Unified School District ("USD"), Marysville Joint USD, Roseville Joint USD, Sacramento City USD, Elk Grove USD, Atascadero USD, Paso Robles Joint USD, San Luis Coastal USD, Lucia Mar USD, Humboldt County Office of Education, Eureka City Schools, and numerous other school districts throughout the State of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 7th day of February, 2017.

_____
Daniel R. Shaw

-4-

DECLARATION OF DANIEL R. SHAW