Law Offices of Andréa Marcus
Andréa Marcus (SBN 188098)
Email:  andrea@andreamarcuslaw.com
Kelly D. Kaeser (SBN 225918)
Email: kelly@andreamarcuslaw.com
133 East De La Guerra Street, #143
Santa Barbara, CA 93101-2247
Telephone:  (888) 215.9021
Fax:  (888) 215-9021

Attorneys for Plaintiff

United States District Court

Eastern District of California

| ███████████ | ██████ ████████ |
|---|---|
| Plaintiff, | Declaration of David M. Grey |
| vs. | |
| TEHACHAPI UNIFIED SCHOOL DISTRICT. | |
| Defendants. | |

I, David M. Grey, declare:

1. I have been a licensed attorney in California since December 1986. I am admitted to practice in the California courts, the Ninth Circuit Court of Appeals and the United States Supreme Court. I have successfully represented clients in each of these Courts. I am also admitted

in this District Court. My curricula vitae is attached hereto as Exhibit 1. It is a true, current, and correct copy. It acurately lists my experience and accomplishments.

2. My practice is limited to protecting the civil rights of disabled children and young adults relating to their education. I have successfully handled many arbitrations, administrative hearings, court and jury trials. I also have a successful track record with appellate work.

3. I was counsel for the plaintiffs in *K.M. ex rel. Bright v. Tustin Unified School Dist.*, 725 F.3d 1088 (9th Cir. 2013)(cert. denied)(compliance with the IDEA does not doom §504/ADA claims as a matter of law). This was a case of first impression and it prompted the United States Departments of Justice and Education to issue a Dear Colleague Letter and FAQ on November 14, 2014 featuring the Ninth Circuit's Opinion in *K.M.* (http://www2.ed.gov/about/offices/list/ocr/letters/colleague-effective-communication-201411.pdf)(last visited 2/9/17).

4. I have written extensively and lectured nationally on the intersection of the ADA and IDEA (20 U.S.C. § 1400 *et. seq.)* This includes presenting on these topics for the American Bar Association, the

Practicing Law Institute and other groups.

5. A lot of my cases involve public school disability discrimination damages claims based upon violations of the ADA and the Unruh Act. I have brought many of these cases in state and federal court. I have also handled hundreds of special education cases before the California Office of Administrative Hearings.

6. I take special education cases throughout the state. I have had many cases in Kern County. I, like most special education and disability rights attorneys, can take on only a few cases at anyone time. These cases are very complex and there are not enough competent attorneys available to serve the needs of disabled school children who need representation.

7. This problem is even more severe in the rural areas of Kern County and Tehachapi. There are no private attorneys who focus on representing disabled school children who reside in these areas that I am aware of. The only hope of representation for these children is to find an attorney from out of the area. This can be difficult because most disability attorneys are reticent to travel too far given the contingency nature of this work. Many special education and disability attorneys limit their practice to the bigger cities where they can command a higher hourly rate. This is especially so given the contingency nature of these cases and the need for

3

court approval of fees in many cases.

8. I have personally spoken to other families from the rural areas of Kern County, including Tehachapi, who despair that they could not find local counsel with experience in this area.

9. I personally have turned down cases in Kern County and Tehachapi because I worried that it was not financially feasible to take the risk given the contingency nature of fee recovery and the more than adequate stream of work in more favorable locations.

10. I am very familiar with this case and have read the OAH *Decision* in detail.

11. As part of my practice it is important to stay abreast of current market rates paid to attorneys who represent disabled students in claims against school districts. I confer with other counsel about what they charge and what they are paid by school districts, including claims arising in Southern California, Northern California and Kern County. I also track fee awards issued in federal courts to counsel representing students in cases against their schools. This includes fees sought under IDEA. This puts me in a position to know rates currently paid to attorneys who represent students in cases against their school districts.

12. I have personal knowledge that school districts in Kern County

4

have paid attorneys representing disabled school children between $400-$500 and perhaps more for these cases.

13. I have known Andrea Marcus professionally for more than a decade. She is an exceptionally experienced special education attorney who gets outstanding results for her clients. She is one of the few special education attorneys willing to take cases to trial with OAH. She does not shy away from taking difficult or challenging cases. She also has extensive experience in District Court and in the Ninth Circuit Court of Appeals. She and I have conferred with each other on cases throughout the years. Ms. Marcus has a deep understanding of the complexity of the laws in this area. Her rate of $475 is very reasonable for Kern County and Tehachapi.

14. I also know Kelly Kaiser. He is an experienced attorney, but relatively new to special education law. His hourly rate of $300 is also very reaonable for the Kern County and Tehachapi area.

I declare under penalty of perjury under the laws of the state of California that the forgoing is true and correct.

Executed February 9, 2017 in Santa Monica, California.

S:/David M. Grey

Declaration of David M. Grey