EXHIBIT F - Case 1:18-cv-00303-LJO-JLT

1  CYNTHIA L. RICE (SBN 87630)
   **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
2  1430 Franklin Street Suite 130
   Oakland, CA 94612
3  Telephone: (415) 777-2752
   Fax: (415) 777-2752
4  crice@crla.org
5
6
7            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                              COUNTY OF KERN

9  XXXXXXX and V.R., a minor,   Case No.:
   S-1500-CV-283698 by and through his
10 Guardian ad litem, XXXXXXX        **DECLARATION IN SUPPORT OF**
                                     **MOTION FOR ATTORNEYS FEES AND**
11         Plaintiffs,               **COSTS**
12              vs.
13 KERN HIGH SCHOOL DISTRICT; KERN
   HIGH SCHOOL DISTRICT BOARD OF
14 TRUSTEES, et. al.,
15         Defendant.
16
17
18  ─────────────────────────────────

19  I, CYNTHIA RICE, declare:

20        1.  I am an attorney duly licensed to practice law in the State of California.  I am a

21  Director of Litigation, Advocacy and Training for California Rural Legal Assistance, Inc.

22  (CRLA).  In that capacity I am one of the attorneys for the Plaintiffs in this matter and have

23  supervised the work of other attorneys from CRLA who worked on this case.

24        2.  CRLA maintains a centralized case management system which includes a timekeeping

25  feature for all cases in litigation.  I reviewed the case record in this matter, including the specific

26  time entries made by various CRLA attorneys.  More than 90 hours of attorney time was

27  expended on this case by the CRLA attorneys listed below.  As a Director of Litigation I am also

28

familiar with the experience and expertise of each of the CRLA attorneys listed below. I have also maintained some familiarity with billing rates around the State of California in connection with my training and support responsibilities. The following is a summary of the experience of the various attorneys and the rate of attorneys fees that I believe would be applicable based on their experience and location.

3.   Cynthia L. Rice, Director of Litigation, Advocacy and Training, was admitted to practice in 1979 and specializes in civil rights, education and labor litigation and writ relief. Ms. Rice expended 15.2 hours on the case primarily engaged in review of pleadings, and settlement documents and participating in co-counsel strategic meetings. Ms. Rice is based in Oakland, California where the current billing rate for an attorney of her experience ranges from $850 to $1,250 per hour.

4.   Sahar Durali, managing attorney for the Delano office was admitted in December of 2013. She spent 47.9 hours on the case including investigation, extensive client interviews and preparation for mediation, drafting of pleadings and government claims, appearances at hearings and mediation, and participating in co-counsel strategic meetings. She is based in Delano, California and the current billing rate for an attorney of her experience ranges from $195 to $300 based on Kern County rates.

5.   Alfred Hernandez, former staff attorney and project director for the Delano office was admitted in December of 1997. He spent 26 hours on the case primarily engaged in investigation, client interviews, drafting and review of government claim and participating in co-counsel strategic meetings. Based on his date of admission his billing rate for Kern County, where the office was located would be approximately $500 to $650 per hour.

6.   CRLA, Inc. is a non-profit legal services organization and receives funding from the Legal Services Corporation, a federally funded entity, as well as the State Bar of California.

CRLA may, and does, collect fees for its work at rates comparable to those awarded to private attorneys. See *Serrano v. Priest* (1977) 20 Cal. 3d 25 [141 Cal.Rptr. 315, 569 P.2d 1303]. CRLA also expended various costs on this case in connection with filings, service and participation in mediation.

7.    In the interest of promoting participation by the private bar in resolving cases for low income clients represented by CRLA, CRLA agrees to co-counsel with private attorneys on a variety of cases, particularly those addressing education rights. When appropriate, in the interests of securing a reasonable settlement for our clients and when the bulk of the work is performed by private co-counsel, CRLA will forego fees. Based on the high quality of the representation provided by Ms. Marcus and Mr. Gray and the desire to ensure the maximum recovery for our client, while appropriately compensating our private co-counsel, CRLA is waiving its fees and costs in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and based upon my personal knowledge. Executed on June 28, 2016 in Oakland, California, County of Alameda.

Cynthia L. Rice

*XXXXXXXX v. Kern High School District*
Case No. S-1500-CV-283698
Declaration of Cynthia L. Rice in Support of Motion for Attorney Fees and Costs
3