KATHLEEN R. LAMAY (SBN 225515)
LEAD COUNSEL TO BE NOTICED
DARREN J. BOGIÉ (SBN 183773)
SCHOOLS LEGAL SERVICE
1300 - 17th Street, 7th Floor (93301)
Post Office Box 2445
Bakersfield, California 93303
Telephone: 661/636-4830
Facsimile: 661/636-4843
E-mail: sls@kern.org

EXHIBIT L - Case 1:18-cv-00303-LJO-JLT

Attorneys for Defendant
Tehachapi Unified School District

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

███████,                     )     ███████████████M
                             )
            Plaintiffs,      )     AMENDED DEFENDANT'S
                             )     RESPONSE TO FIRST SET OF
    vs.                      )     INTERROGATORIES TO PLAINTIFF
                             )     CHRIS █████
TEHACHAPI UNIFIED SCHOOL     )     [F.R.C.P. 33]
DISTRICT,                    )
                             )
            Defendant.       )

**PROPOUNDING PARTY:** Plaintiff, ███████

**RESPONDING PARTY:** Defendant Tehachapi Unified School District

**Set Number:** One

    COMES NOW, Defendant Tehachapi Unified School District ("District") responds to the Interrogatories, Set One, propounded by Plaintiff, pursuant to Federal Rules of Civil Procedure, Rule 33, as follows:

<u>INTERROGATORIES, FIRST SET</u>

1. IDENTIFY any ATTORNEY whom YOU contend represented a student, or parent on behalf of a student, against Tehachapi Unified School District in a DIPSUTE under the IDEA in the last 5 years.

SCHOOLS
LEGAL
SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

Case No. 1:16-CV-01213-DVM      1      Amended Defendant's Response to first set of Interrogatories

Response: The Responding agent for TUSD objects to this interrogatory in that it is irrelevant and overbroad. The responding agent does not have independent knowledge of the attorneys practicing prior to her tenure as Superintendent; however, after research and consulting with counsel, TUSD provides the following based on information and belief: Suzanne Snowden, Edith Madrid, Martha Millar, David Gray, Andrea Marcus, Kelly Kaeser. The responding party reserves the right to supplement its responses if new information or new discovery of facts becomes available.

2. IDENTIFY any ATTORNEY whom YOU contend represented a student, or parent on behalf of a student, against any school district in Kern County in a DISPUTE under the IDEA in the last 5 years.

Response: Respondent objects to the this interrogatory in that it is overbroad, irrelevant and seeks information not reasonably available to the responding party as there are numerous school districts within Kern County and the District does not have information about all attorneys representing parents in all school districts in Kern County. Notwithstanding objections, Tehachapi Unified School District responds as follows: The Tehachapi Unified School District does not have information on all attorneys who have represented parents and/or students under the IDEA in Kern County, within the previous five years; however, after reasonable investigation and inquiry and consulting with colleagues and counsel, the TUSD provides the following names based on information and belief: Richard Isaacs, Donnalee Huffman, Eli Economou, Suzanne Snowden, Nicole Hodge Amey, David Grey, Warren Finn, Mark Woodsmall, Janeen Steel, Jane DuBovy, Sahar Durali, Lyndsi Andres, Martha Millar, various attorneys from clients rights advocacy in Los Angeles, Dianne Weissburg, Frank Zankich, Surisa Rivers, Maureen Graves, Caroline Zuk, Andrea Tytell, Attorneys form Adams and Associates, Attorneys from Adams Esq., Mandy Favoloro, Tom Douvan, Arthur Lipscomb, Martha Torgow, Kamila Holmes, Andrea Tytell, Dale Mentink, John Nolte, Renee

SCHOOLS
LEGAL
SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303

Case No. 1:16-CV-01213-DVM        2        Amended Defendant's Response to first set of Interrogatories

Dubievanbeevers, Melissa Canales, Rhonda Krietemeyer, Andrea Marcus, Kelly Kaeser. This information is provided based on information and belief and responding party reserves the right to amend or supplement its responses at any time if it becomes aware of any errors or admissions or new facts become available.

3. Please IDENTIFY the PERSON or PERSONS responding to these Interrogatories on TUSD. Please IDENTIFY in YOUR answer each PERSON who has provided information in connection with these interrogatory answers.

<u>Response</u>: Suzie Andreas-Bervel, Dennis Ferrell, Counsel Kathleen LaMay.

The foregoing responses are based on information and belief and responding party reserves the right to amend or supplement its responses to correct any errors, omissions or include new information that becomes available.

### VERIFICATION

I, Suzie Andreas-Bervel, acting as agent for Tehachapi Unified School District, have read the foregoing response and hereby sign this response based upon information and belief after conducting reasonable inquiry and investigation to acquire the information requested. The responses incorporate all the information presently available to me. The District reserves the right to supplement or amend its responses to make corrections for errors or omissions or at such time as new information becomes available to me.

Dated: March 7, 2017.

_____
Suzie Andreas-Bervel, Superintendent
Tehachapi Unified School District

As to Form and Objections:

SCHOOLS LEGAL SERVICE

By _____
KATHLEEN R. LAMAY

SCHOOLS
LEGAL
SERVICE
P.O. Box 2445
BAKERSFIELD
CALIFORNIA
93303

Case No. 1:16-CV-01213-DVM        3        Amended Defendant's Response to first set of Interrogatories

## PROOF OF SERVICE

Re: ▬▬▬▬ vs. *Tehachapi Unified School District; United States District Court, Eastern District of California Case No. 1:16-cv-01213-DWM*

I am a resident of and am employed in Kern County, California. I am over the age of 18 years and not a party to the within action; my business address is P.O. Box 2445, Bakersfield, CA 93303.

On the date last written below, I served the attached **AMENDED DEFENDANT'S RESPONSE TO FIRST SET OF INTERROGATORIES TO PLAINTIFF** ▬▬▬▬ **[F.R.C.P. 33]** on the party(ies) listed below by placing true copies/originals thereof in sealed envelope(s)s addressed/designated as shown below:

A. **BY MAIL** - I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

B. **BY OVERNIGHT SERVICE** - I caused each such envelope to be delivered by overnight service to the addressee(s) noted below.

C. **BY FACSIMILE SERVICE** - I transmitted a true copy thereof by facsimile machine, telephone number 661/636-4843, to the parties at the fax numbers below. A copy of the transmission report showing the transmission was complete and without error will be provided upon request.

D. **BY PERSONAL SERVICE** - I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

| TYPE OF SERVICE | ADDRESSEE | FAX NO. |
|---|---|---|
| C | Andrea Marcus<br>Law Offices of Andrea Marcus<br>133 De La Guerra Street, #143<br>Santa Barbara, CA 93101 | 888/215-9021 |

_X_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 8, 2017 at Bakersfield, California.

*Rose Aquino*
**ROSE AQUINO**