# Law Office of Andrea Marcus

133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

INVOICE #2016080786-4
Page 1 of 5

| Invoice Date |  |
|---|---|
| 08/18/2017 | |
| Invoice Period | |
| From | To |
| 12/31/1969 | 08/18/2017 |

Bill To:
  Markham (DP 2), ▉

Ref/Memo:  Markham (D.P.), ▉

| Payment Information | |
|---|---|
| Invoice Amt: | 44,632.06 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 44,632.06 |

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/07/2016 | Markham (DP 2), ▉ | Client intake meeting | AM | 1.2 | 475 | 570.00 |
| 07/08/2016 | Markham (DP 2), ▉ | Consult & Research Re: Appropriate Remedy - sought info re online LMB option, given remoteness of client (.6), File review (1.1) | AM | 1.7 | 475 | 807.50 |
| 07/25/2016 | Markham (DP 2), ▉ | Client Consult Re: Status of Case and proof of progress in LMB | AM | 0.2 | 475 | 95.00 |
| 07/25/2016 | Markham (DP 2), ▉ | Consult & Research Re: Appropriate Remedy w/LMB staff in phone call re assessment results for K's progress to date | AM | 0.6 | 475 | 285.00 |
| 07/26/2016 | Markham (DP 2), ▉ | Client Consult and LMB Consult re status of LMB proof of benefit for remedy requested(.3), witness question development(.3) | AM | 0.6 | 475 | 285.00 |
| 07/29/2016 | Markham (DP 2), ▉ | client consult re reimbursement and witness preparation re comp ed of LMB | AM | 0.7 | 475 | 332.50 |
| 08/11/2016 | Markham (DP 2), ▉ | correspondence w/ client re DP preparation and witness availability | AM | 0.3 | 475 | 142.50 |
| 08/11/2016 | Markham (DP 2), ▉ | correspondence re DP filing (.1); Drafting of Due Process Complaint with chronology of facts (.7) and crafting of issues (.4) | AM | 1.2 | 475 | 570.00 |
| 08/15/2016 | Markham (DP 2), ▉ | Notice of representation receipt and consult wClient as it is indication District not settling | AM | 0.1 | 475 | 47.50 |
| 08/19/2016 | Markham (DP 2), ▉ | Receipt and review outline of response of and Dist's Notice of Insufficiency (.8) and declaration of Rodriguez & Req for "official notice" (.4)- and answer to complaint (.4) | AM | 1.6 | 475 | 760.00 |
| 08/21/2016 | Markham (DP 2), ▉ | final proof-read of Opp to NOI | AM | 0.2 | 475 | 95.00 |
| 08/21/2016 | Markham (DP 2), ▉ | Briefing Opp to District's NOI and answer (1.7), review of doc's for supporting exhibits (.9) | AM | 2.6 | 475 | 1,235.00 |
| 08/22/2016 | Markham (DP 2), ▉ | review of OAH Scheduling order and consult wClient re same considering witness availability | AM | 0.3 | 475 | 142.50 |
| 08/23/2016 | Markham (DP 2), ▉ | Consult & Confirm DP dates with SLS - Markham - OAH Scheduling Order | KDK | 0.3 | 300 | 90.00 |
| 08/31/2016 | Markham (DP 2), ▉ | correspondence attempting to get RS moved to Bakersfield after Ferrell's refusal | AM | 0.2 | 475 | 95.00 |
| 08/31/2016 | Markham (DP 2), ▉ | client consult re going to RS alone, if OAH doesn't grant change in venue | AM | 0.3 | 475 | 142.50 |
| 08/31/2016 | Markham (DP 2), ▉ | client communication and preparation for RS on Friday - Solo without attorneys | AM | 0.3 | 475 | 142.50 |
| 08/31/2016 | Markham (DP 2), ▉ | Prepared motion for change in venue (.9), and supporting declaration (.1). | AM | 1.8 | 475 | 855.00 |

INVOICE #2016080786-4
Page 2 of 5

**Law Office of Andrea Marcus**
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 08/18/2017 |

| Invoice Period | |
|---|---|
| From | To |
| 12/31/1969 | 08/18/2017 |

Bill To:
  Markham (DP 2),
Ref/Memo:     Markham (D.P.),

| Payment Information | |
|---|---|
| Invoice Amt: | 44,632.06 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 44,632.06 |

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/31/2016 | Markham (DP 2), | communication re RS | AM | 0.1 | 475 | 47.50 |
| 09/06/2016 | Markham (DP 2), | review of file Consult re cancellation of mediation given threat in lieu of Resolution Session - not safe to travel in person to Tehachapi, no alternative venue offered | AM | 0.4 | 475 | 190.00 |
| 09/06/2016 | Markham (DP 2), | receipt and review of order determining sufficiency | AM | 0.2 | 475 | 95.00 |
| 09/07/2016 | Markham (DP 2), | Review of SLS opposition to change in venue (.6), declaration in support thereof and supporting exhibits (.5) and outline of response .9 | AM | 2 | 475 | 950.00 |
| 09/07/2016 | Markham (DP 2), | Consult/research re "mootness" if SLS advises their client honestly. Need to amend remedy to preserve fees - cancelled mediation | AM | 0.5 | 475 | 237.50 |
| 09/08/2016 | Markham (DP 2), | Receipt/review (.8) and drafting of response (1.2) to Mtn to Dismiss and P&A in support thereof. | AM | 2 | 475 | 950.00 |
| 09/13/2016 | Markham (DP 2), | Consult regarding responding to Mtn to dismiss(.1) and finalized Opposition Brief, w/supporting declaration (.9) | AM | 1 | 475 | 475.00 |
| 09/13/2016 | Markham (DP 2), | review and outline response to denial w/out prejudice mtn to change venue | AM | 0.7 | 475 | 332.50 |
| 09/15/2016 | Markham (DP 2), | OC correspondence re lack of hearing today (.1), receipt, review (.8) and outline of response to OC's opp to our opp to their Mtn to dismiss(.8) | AM | 1.7 | 475 | 807.50 |
| 09/20/2016 | Markham (DP 2), | reviewed OAH's order granting/denying mtn to dismiss (.2) and revision of proof matrix based upon this order(.4) | AM | 0.6 | 475 | 285.00 |
| 09/22/2016 | Markham (DP 2), | reviewed OC's PHC statement, and consult wClient re witnesses listed, cross-referenced documentary evidence and case chronology. | AM | 0.8 | 475 | 380.00 |
| 09/22/2016 | Markham (DP 2), | working out OAH failure to note requested continuance and dates wOC, received new continuance and confirmation wClient(.2) | AM | 0.4 | 475 | 190.00 |
| 09/27/2016 | Markham (DP 2), | chose and compiled documentary evidence for hearing (1.6) Prepped and drafted PHC Statement, (.7) w/ list of evidence and client consult notes re witness (.7) | AM | 3.2 | 475 | 1,520.00 |
| 09/29/2016 | Markham (DP 2), | Notice of rep for Holmes review and peremptory challenge by OC | AM | 0.1 | 475 | 47.50 |
| 09/30/2016 | Markham (DP 2), | OAH grants Peremptory | AM | 0.1 | 475 | 47.50 |
| 09/30/2016 | Markham (DP 2), | review of list of documentary evidence submitted by OC for hearing | AM | 0.2 | 475 | 95.00 |

**Law Office of Andrea Marcus**
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

INVOICE #2016080786-4
Page 3 of 5

| Invoice Date |  |
|---|---|
| 08/18/2017 | |
| Invoice Period | |
| From | To |
| 12/31/1969 | 08/18/2017 |

Bill To:
  Markham (DP 2),

Ref/Memo:     Markham (D.P.),

| Payment Information | |
|---|---|
| Invoice Amt: | 44,632.06 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 44,632.06 |

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2016 | Markham (DP 2), | prep for (PWN research (.7) & review of chronology and motion re location(.6) and participation in PHC (1.4) | AM | 2.7 | 475 | 1,282.50 |
| 10/03/2016 | Markham (DP 2), | Client communication in preparation for DP (.2), review of audio of 3/31/16 IEP (3.1) | AM | 3.3 | 475 | 1,567.50 |
| 10/03/2016 | Markham (DP 2), | review of evidence list, added to, and burned CD's for evidence binders | AM | 2.3 | | |
| 10/04/2016 | Markham (DP 2), | review of OAH PHC order and share wClient issues as redrafted by ALJ | AM | 0.4 | 475 | 190.00 |
| 10/04/2016 | Markham (DP 2), | Hearing Preparation - Elimination of issue | KDK | 0.1 | 300 | 30.00 |
| 10/05/2016 | Markham (DP 2), | Chose evidence for binder after issue narrowing (.4) and consult w.client (.1), review of records in preparation for hearing(.3) | AM | 0.8 | 475 | 380.00 |
| 10/06/2016 | Markham (DP 2), | client questions re Due Process ALJ and remote testimony | AM | 0.2 | 475 | 95.00 |
| 10/06/2016 | Markham (DP 2), | confer re new ALJ assignement | AM | 0.2 | 475 | 95.00 |
| 10/06/2016 | Markham (DP 2), | subpoena drafting and witness communication | AM | 0.5 | 475 | 237.50 |
| 10/06/2016 | Markham (DP 2), | Witness preparation w/Anne Perry | AM | 0.7 | 475 | 332.50 |
| 10/06/2016 | Markham (DP 2), | Meet and confer re evidence binder, hearing prep with co-counsel & client consult | AM | 1.4 | 475 | 665.00 |
| 10/07/2016 | Markham (DP 2), | Inter-Office Strategy Consult - District Witnesses | KDK | 0.1 | 300 | 30.00 |
| 10/07/2016 | Markham (DP 2), | Confirming delivery of subpoena | AM | 0.1 | | |
| 10/09/2016 | Markham (DP 2), | preparation of opening statement draft / outline for brief (1.7) and initial review of district's evidence binder (.4) | AM | 2.1 | 475 | 997.50 |
| 10/10/2016 | Markham (DP 2), | client prep for hearing - telephonic review of documents and preparation for testifying | AM | 2.6 | 475 | 1,235.00 |
| 10/10/2016 | Markham (DP 2), | correspondence w/Perry re testimony | AM | 0.2 | 475 | 95.00 |
| 10/11/2016 | Markham (DP 2), | Travel: Half time travel to Van Nuys | AM | 0.7 | 475 | 332.50 |
| 10/11/2016 | Markham (DP 2), | Hearing including a working lunch | AM | 8.1 | 475 | 3,847.50 |
| 10/11/2016 | Markham (DP 2), | Travel: Half time travel to Van Nuys from Moorpark (.5) + Hearing including a working lunch (8.1) | KDK | 8.6 | 300 | 2,580.00 |

Law Office of Andrea Marcus
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 08/18/2017 |

| Invoice Period | |
|---|---|
| From | To |
| 12/31/1969 | 08/18/2017 |

Bill To:
  Markham (DP 2),
Ref/Memo:    Markham (D.P.),

| Payment Information | |
|---|---|
| Invoice Amt: | 44,632.06 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 44,632.06 |

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2016 | Markham (DP 2), | Pre-Hearing prep with client | AM | 1.3 | 475 | 617.50 |
| 10/11/2016 | Markham (DP 2), | Post-Hearing prep with client | AM | 2.7 | 475 | 1,282.50 |
| 10/12/2016 | Markham (DP 2), | Hearing including working lunch | AM | 7.9 | 475 | 3,752.50 |
| 10/12/2016 | Markham (DP 2), | Pre-hearing prep with client | AM | 0.7 | 475 | 332.50 |
| 10/12/2016 | Markham (DP 2), | Post-hearing recap with client | AM | 0.5 | 475 | 237.50 |
| 10/12/2016 | Markham (DP 2), | Travel: Half time travel from Van Nuys | AM | 0.7 | 475 | 332.50 |
| 10/12/2016 | Markham (DP 2), | Travel: Half time travel from Van Nuys (.5) + Hearing including working lunch (7.1) + Client prep (.5) | KDK | 8.1 | 300 | 2,430.00 |
| 10/17/2016 | Markham (DP 2), | Consult - Closing Brief Prep - Issues outlined with AM & LG | KDK | 0.2 | 300 | 60.00 |
| 10/25/2016 | Markham (DP 2), | worked on closing brief outline while reviewing notes (1.1)- standard for predetermination (.5), review of notes for headings and OC's expected defenses for argument(.5) | AM | 2.1 | 475 | 997.50 |
| 10/29/2016 | Markham (DP 2), | client communication re notes from outline and briefing, continued drafting issue of "stay put" defense and participation. | AM | 3.4 | 475 | 1,615.00 |
| 10/31/2016 | Markham (DP 2), | client question re brief | AM | 0.1 | 475 | 47.50 |
| 10/31/2016 | Markham (DP 2), | finalized brief's chronology(2.2) and citations(1.7) and finalized brief editing and persuasive writing (2.9) | AM | 5.8 | 475 | 2,755.00 |
| 10/31/2016 | Markham (DP 2), | reviewed OC's brief wCite check (1.6) conferred w/Client re briefs (.3) | AM | 1.9 | 475 | 902.50 |
| 12/01/2016 | Markham (DP 2), | Receipt, review and share with client, OAH decision and possibility of appeal given OC | AM | 3.2 | 475 | 1,520.00 |

| Billed By | Rate | Hours | Fees |
|---|---|---|---|
| Andrea Marcus (AM) | 475 | 82.10 | 38,997.50 |
| Andrea Marcus (AM) | N/A | 2.40 | Non-Billable |
| Kelly Kaeser (KDK) | 300 | 0.70 | 210.00 |
| Lyndsey Gallagher (LG) | 300 | 16.70 | 5,010.00 |

## Expenses

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|

**INVOICE #2016080786-4**

Page 5 of 5

**Law Office of Andrea Marcus**
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 08/18/2017 |

| Invoice Period ||
|---|---|
| From | To |
| 12/31/1969 | 08/18/2017 |

Bill To:
  Markham (DP 2),
Ref/Memo:   Markham (D.P.),

| Payment Information ||
|---|---|
| Invoice Amt: | 44,632.06 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 44,632.06 |

## Expenses

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/31/1969 | Markham (DP 2), | Per diem cost as per IRS rate, to include hotel and meals. $185 per lawyer per day in hearing two days. 10/11/2016 & 10/12/2016 | AM | | | 370.00 |
| 10/05/2016 | Markham (DP 2), | Markham Evidence Binder - FedEx Standard Overnight Mail | AM | | | 44.56 |

| Billed By | Costs |
|---|---|
| Andrea Marcus (AM) | 414.56 |

Total Hours: 101.9    Total Amount Due: 44,632.06