Law Office of Andrea Marcus
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 10/22/2018 |

| Payment Information | |
|---|---|
| Invoice Amt: | 32,060.00 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 32,060.00 |

Bill To:
 TUSD v. Markham DP2 Eastern Dist, ▮
Ref/Memo:  Markham (TUSD Appeal of DP2), ▮
  TUSD v. Markham DP2 Eastern Dist, ▮

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2016 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of Federal Complaint filed by District, consult wClient re same and retainer re appeal | AM | 1.6 | 475 | 760.00 |
| 01/06/2017 | TUSD v. Markham DP2 Eastern Dist, | TUSD v. Markham - appeal of Markham DP3 - offer to accept of service of summons for client via email | AM | 0.2 | 475 | 95.00 |
| 01/09/2017 | TUSD v. Markham DP2 Eastern Dist, | Confirmation wOC of accepting service on behalf of Markhams | AM | 0.1 | 475 | 47.50 |
| 01/10/2017 | TUSD v. Markham DP2 Eastern Dist, | TUSD v. Markham - Appeal of DP2 Consult wClient - making the record of them dragging out serving the summons - consulted with client re same - using the appeal to retaliate against the Markham's and will likely drop it very late in the game, as it's un-winnable | AM | 0.2 | 475 | 95.00 |
| 01/11/2017 | TUSD v. Markham DP2 Eastern Dist, | Again, requesting a summons, and conformed copy of complaint, and attempt to view on PACER, but the case is sealed | AM | 0.3 | 475 | 142.50 |
| 01/15/2017 | TUSD v. Markham DP2 Eastern Dist, | communication wClient re lack of service of summons | AM | 0.1 | 475 | 47.50 |
| 01/15/2017 | TUSD v. Markham DP2 Eastern Dist, | answered client questions re lack of service of summons and timeline, therefore, of case | AM | 0.2 | 475 | 95.00 |
| 01/18/2017 | TUSD v. Markham DP2 Eastern Dist, | Drafting of Pleadings, Motions: Answer to Complaint (1.7) and counter-claim for fees(.4) - review of procedural history and OAH decision(1.6) | AM | 3.7 | 475 | 1,757.50 |
| 01/24/2017 | TUSD v. Markham DP2 Eastern Dist, | correspondence wSLS re counterclaim included in answer | AM | 0.1 | 475 | 47.50 |
| 03/01/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt, consult(.2) and research re District's mtn to stay CDE Order(review .3) and possible SLS motion for motion - considerations of responses(1.3) | AM | 1.8 | 475 | 855.00 |
| 03/13/2017 | TUSD v. Markham DP2 Eastern Dist, | research disassociation of counsel procedures. rule 182. | MF | 0.1 | 250 | 25.00 |
| 03/13/2017 | TUSD v. Markham DP2 Eastern Dist, | File Review: review file to prepare disassociation of counsel pleadings | MF | 0.3 | 250 | 75.00 |
| 03/13/2017 | TUSD v. Markham DP2 Eastern Dist, | Drafting of Pleadings, Motions: draft disassociation of counsel pleadings | MF | 0.3 | 250 | 75.00 |

**Law Office of Andrea Marcus**
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 10/22/2018 |

| Payment Information | |
|---|---:|
| Invoice Amt: | 32,060.00 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 32,060.00 |

Bill To:
  TUSD v. Markham DP2 Eastern Dist,
Ref/Memo:     Markham (TUSD Appeal of DP2),
          TUSD v. Markham DP2 Eastern Dist,

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2017 | TUSD v. Markham DP2 Eastern Dist, | confirmed telephonic appearance for hearing on motion to stay & reviewed timeline for appeal | AM | 0.3 | | |
| 04/03/2017 | TUSD v. Markham DP2 Eastern Dist, | preparation for motion objection (research and review of file and CDE correspondence)(1.1) - correspondence w/client re same (.3) | AM | 1.4 | 475 | 665.00 |
| 04/04/2017 | TUSD v. Markham DP2 Eastern Dist, | Hearing on Dist motion to stay enforcement of CDE action | MF | 0.2 | | |
| 04/04/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of Court's minutes re Stay Mtn | AM | 0.1 | 475 | 47.50 |
| 04/04/2017 | TUSD v. Markham DP2 Eastern Dist, | research, review of prior filings and participation in hearing opposing mtn to STAY | AM | 1.6 | 475 | 760.00 |
| 04/04/2017 | TUSD v. Markham DP2 Eastern Dist, | Review of Chronology of Case for calendaring deadlines | MF | 0.8 | | |
| 04/08/2017 | TUSD v. Markham DP2 Eastern Dist, | Review of answer and consideration of appropriateness of amending counterclaim | AM | 0.9 | 475 | 427.50 |
| 04/11/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of Court's denial of Mtn to Stay - correspondence re denial of Mtn to Stay wClient and research re enforcement options in Civil Code | AM | 0.9 | 475 | 427.50 |
| 04/20/2017 | TUSD v. Markham DP2 Eastern Dist, | disassociation of counsel filed | AM | 0.6 | | |
| 04/21/2017 | TUSD v. Markham DP2 Eastern Dist, | reminder to OC that they need to prepare Joint Report | AM | 0.1 | 475 | 47.50 |
| 05/03/2017 | TUSD v. Markham DP2 Eastern Dist, | Revised Draft of Joint Report and sent back to Kyle | AM | 0.9 | 475 | 427.50 |
| 05/03/2017 | TUSD v. Markham DP2 Eastern Dist, | correspondence to Holmes demanding he withdraw fraudulent declaration re lack of Meet/Confer in "Status Report" | AM | 0.4 | 475 | 190.00 |
| 05/04/2017 | TUSD v. Markham DP2 Eastern Dist, | Order by the Court to Meet/Confer - email to Kyle, meet and confer, finalized JR | AM | 0.7 | 475 | 332.50 |
| 05/08/2017 | TUSD v. Markham DP2 Eastern Dist, | association of counsel for lyndsey, developed cheat sheet for her for her appearance at scheduling conference | AM | 0.7 | 475 | 332.50 |

Law Office of Andrea Marcus
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 10/22/2018 |

| Payment Information | |
|---|---|
| Invoice Amt: | 32,060.00 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 32,060.00 |

Bill To:
  TUSD v. Markham DP2 Eastern Dist,
Ref/Memo:    Markham (TUSD Appeal of DP2),
            TUSD v. Markham DP2 Eastern Dist,

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2017 | TUSD v. Markham DP2 Eastern Dist, | File Review: prepare for Courtcall Appearance | LG | 1.1 | 275 | 302.50 |
| 05/10/2017 | TUSD v. Markham DP2 Eastern Dist, | Inter-Office Strategy Consult: | LG | 0.1 | 250 | 25.00 |
| 05/10/2017 | TUSD v. Markham DP2 Eastern Dist, | outlined Scheduling Conference report for District Appeal of Markham DP2 | LG | 0.2 | 275 | 55.00 |
| 05/10/2017 | TUSD v. Markham DP2 Eastern Dist, | Prepare for and Appearance at Hearing | LG | 0.5 | 275 | 137.50 |
| 05/14/2017 | TUSD v. Markham DP2 Eastern Dist, | Calendaring check on Appeal Case | AM | 0.1 | | |
| 06/08/2017 | TUSD v. Markham DP2 Eastern Dist, | received notice of lodging of AR - | AM | 0.1 | 475 | 47.50 |
| 06/23/2017 | TUSD v. Markham DP2 Eastern Dist, | further consideration of next-steps - options for reimbursement enforcement | AM | 0.3 | 475 | 142.50 |
| 06/23/2017 | TUSD v. Markham DP2 Eastern Dist, | strategy correspondence re TUSD filing against CDE for enforcement of DP3 award | AM | 0.4 | 475 | 190.00 |
| 07/20/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt of notice of hearing by Defendant and consult wClient re same | AM | 0.2 | 475 | 95.00 |
| 08/12/2017 | TUSD v. Markham DP2 Eastern Dist, | review of TUSD opening Brief, and notes for Opposition (1.1), reviewed ALJ's decision for areas of response in Opposition (.9) checked cites to the record (.8), drafted TOC/outline of draft of Opp. | AM | 2.8 | 475 | 1,330.00 |
| 08/13/2017 | TUSD v. Markham DP2 Eastern Dist, | Briefed outline of Opposition Brief - put together Attorneys' fees argument (1.1) and supporting documentary evidence, given research re CD fee awards, and supporting documentation (.8) (Ex A, B, C, D, E, F .8) including declaration (.5) | AM | 3.2 | 475 | 1,520.00 |
| 08/13/2017 | TUSD v. Markham DP2 Eastern Dist, | writing of opposition brief - introduction | AM | 0.8 | 475 | 380.00 |
| 08/16/2017 | TUSD v. Markham DP2 Eastern Dist, | Worked on Opposition Brief: opposing deference attack (1.1) and citations to value of Parent participation (1.5) - updated research | AM | 2.6 | 475 | 1,235.00 |

Law Office of Andrea Marcus
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 10/22/2018 |

| Payment Information | |
|---|---|
| Invoice Amt: | 32,060.00 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 32,060.00 |

Bill To:
  TUSD v. Markham DP2 Eastern Dist,
Ref/Memo:    Markham (TUSD Appeal of DP2),
             TUSD v. Markham DP2 Eastern Dist,

## Services

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/17/2017 | TUSD v. Markham DP2 Eastern Dist, | Worked on Opposition Brief - clarifying arguments, and incorporating citations to caselaw. | AM | 2.7 | 475 | 1,282.50 |
| 08/18/2017 | TUSD v. Markham DP2 Eastern Dist, | finalized Opposition Brief, streamlined and editted - checked all citations and references to the record (4.7) developed table for fees (.5) | AM | 5.2 | 475 | 2,470.00 |
| 08/18/2017 | TUSD v. Markham DP2 Eastern Dist, | Revise Opposition Brief and add TOA and TOC | MF | 2 | 250 | 500.00 |
| 09/08/2017 | TUSD v. Markham DP2 Eastern Dist, | Receipt, review and notations for argument - checking record to rebutt | AM | 0.7 | 475 | 332.50 |
| 09/26/2017 | TUSD v. Markham DP2 Eastern Dist, | meet confer re mtn to vacate by SLS | AM | 0.1 | 475 | 47.50 |
| 10/05/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt of continuance for hearing | AM | 0.1 | 475 | 47.50 |
| 10/10/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of SLS Mtn to Vacate Oral argument | AM | 0.5 | 475 | 237.50 |
| 10/13/2017 | TUSD v. Markham DP2 Eastern Dist, | Opposition to Motion to Vacate | AM | 1.3 | 475 | 617.50 |
| 11/13/2017 | TUSD v. Markham DP2 Eastern Dist, | Time spent preparing for hearing (developing trial book, by reviewing/marking key caselaw and arguments), notations to Admin Record for possible judicial questions | AM | 3.3 | 475 | 1,567.50 |
| 11/14/2017 | TUSD v. Markham DP2 Eastern Dist, | Argued at hearing telephonically | AM | 0.5 | 475 | 237.50 |
| 11/17/2017 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of continuance by Magistrate Thurston | AM | 0.1 | 475 | 47.50 |
| 01/18/2018 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of continuance by Thurston | AM | 0.1 | 500 | 50.00 |
| 03/06/2018 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of continuance by Judge Thurston | AM | 0.1 | 500 | 50.00 |
| 04/26/2018 | TUSD v. Markham DP2 Eastern Dist, | Receipt and review of correspondence re continuance by Magistrate Thurston | AM | 0.1 | 500 | 50.00 |

**Law Office of Andrea Marcus**
133 East De La Guerra Street Suite 143
Santa Barbara CA, 93101
(888) 215.9021
Tax ID#

| Invoice Date |
|---|
| 10/22/2018 |

| Payment Information | |
|---|---|
| Invoice Amt: | 32,060.00 |
| Amount Paid: | 0.00 |
| Balance Fwd: | 0.00 |
| Total Amt Due: | 32,060.00 |

Bill To:
  TUSD v. Markham DP2 Eastern Dist,
Ref/Memo:   Markham (TUSD Appeal of DP2),
    TUSD v. Markham DP2 Eastern Dist,

+ CourtCall cost of $30.00, for telephonic hearing, 11/14/17 = $32,090.00

**Services**

| Date | Case | Activity/Description | By | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/2018 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of continuance by Judge Jennifer Thurston | AM | 0.1 | 500 | 50.00 |
| 09/28/2018 | TUSD v. Markham DP2 Eastern Dist, | begin outline of motion for fees | AM | 1.7 | 500 | 850.00 |
| 09/28/2018 | TUSD v. Markham DP2 Eastern Dist, | receipt and review, notes for anticipated appeal, and shared with client Judge Drodz affirmation of admin decision and order | AM | 2.1 | 500 | 1,050.00 |
| 09/29/2018 | TUSD v. Markham DP2 Eastern Dist, | developed introduction and background portion of motion for fees (1.5); cite-checked and wrote prevailing party status portion (1.3); developed list of defenses TUSD has waived (.7); reviewed bill for redactions and reductions (.2) | AM | 3.7 | 500 | 1,850.00 |
| 10/05/2018 | TUSD v. Markham DP2 Eastern Dist, | worked on motion for fees - review of current awards and developing argument re hourly rate | AM | 2.9 | 500 | 1,450.00 |
| 10/10/2018 | TUSD v. Markham DP2 Eastern Dist, | receipt and review of Magistrate Thurston vacate of hearing | AM | 0.1 | 500 | 50.00 |
| 10/22/2018 | TUSD v. Markham DP2 Eastern Dist, | Anticipated time preparing for an arguing fees motion, plus 1/2 time for 6-hour RT for appearance | AM | 6.5 | 475 | 3,087.50 |
| 10/22/2018 | TUSD v. Markham DP2 Eastern Dist, | finalized motion for fees | AM | 3.3 | 500 | 1,650.00 |
| 10/22/2018 | TUSD v. Markham DP2 Eastern Dist, | Anticipated time replying to TUSD's Opposition to Motion for Fees | AM | 2.5 | 500 | 1,250.00 |

| Billed By | Rate | Hours | Fees |
|---|---|---|---|
| Andrea Marcus (AM) | 475 | 47.40 | 22,515.00 |
| Andrea Marcus (AM) | N/A | 1.00 | Non-Billable |
| Andrea Marcus (AM) | 500 | 16.70 | 8,350.00 |
| Monique Fierro (MF) | 250 | 2.70 | 675.00 |
| Monique Fierro (MF) | N/A | 1.00 | Non-Billable |
| Lyndsey Gallagher (LG) | 275 | 1.80 | 495.00 |
| Lyndsey Gallagher (LG) | 250 | 0.10 | 25.00 |

+ CourtCall cost of $30.00, for telephonic hearing, 11/14/17

Total Hours: 70.7    Total Amount Due: 32,060.00

+ CourtCall cost of $30.00, for telephonic hearing, 11/14/17 = $32,090.00